

# Fourth Court of Appeals
## San Antonio, Texas

December 21, 2016

No. 04-16-00804-CR

Isidro Juan **FLORES,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR5527
Honorable Ron Rangel, Judge Presiding

# O R D E R

       The trial court's certification states that this "is a plea-bargain case, and the defendant has NO right of appeal." We therefore ORDER the trial court clerk to file, within ten days of the date of this order, a clerk's record containing the following documents:

1.      All pre-trial motions and the orders on those motions, if any;

2.      all documents relating to the defendant's plea bargain, including the court's admonishments, the defendant's waiver and consent to stipulation of testimony, and any other stipulations;

3.      the judgment;

4.      all post-judgment motions and the orders on those motions, if any;

5.      the notice(s) of appeal;

6.      the trial court's certification of defendant's right of appeal;

7.      the criminal docket sheet; and

8.      the bill of costs.

All other appellate deadlines are suspended pending further order of this court. The clerk of this court is ORDERED to send a copy of this order to the attorneys of record, the trial court clerk, and the court reporter(s) responsible for preparing the reporter's record in this appeal.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of December, 2016.

_____
Keith E. Hottle
Clerk of Court